### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

THE CHARTER OAK FIRE
INSURANCE COMPANY, *et al.*,

        **Plaintiffs,**

      **v.**

CATERPILLAR, INC.,

        **Defendant.**

        **Civil Action 2:24-cv-4176**
        **Judge Edmund A. Sargus, Jr.**
        **Magistrate Judge Chelsey M. Vascura**

### ORDER

Plaintiffs have filed a Notice of Compliance, indicating that they served their Rule 26(a)(1) Initial Disclosures on Defendant's Counsel. (ECF No. 24.) The Court has not ordered Plaintiffs to file this document. Moreover, the parties have not utilized their initial disclosures in a court proceeding. The Court therefore **STRIKES** Plaintiffs' filing and **ORDERS** them to cease filing discovery documents—or notices of their service—until they are used in a proceeding or the Court orders otherwise. *Cf.* Fed. R. Civ. P. 5(d)(1) ("[D]isclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission."). The Court notes, however, that striking this document from the docket "does not prevent it from being effective." *Valente v. Univ. of Dayton*, No. 3:08-cv-225, 2009 WL 2132631, at *1 (S.D. Ohio, July 13, 2009).

        **IT IS SO ORDERED.**

_/s/ Chelsey M. Vascura_
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE